UNITED STATES BANKRUPTC COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN R:

ROTHSTEIN ROSENFELDT ADLER, P.A.      CASE NO. 09-34791-RBR
                                                         CHPATER 11
           Debtor.
_____/
TD BANK, N.A.

           Plaintiff,                         ADV NO. 09-02464-RBR-A
vs.

HERBERT STETTIN, SCOTT W.
ROTHSTEIN, KIMBERLY ANN
ROTHSTEIN, UNITED STATES OF
AMERICA, RUBIN VINE, SHARON
VINE, TODD D. SNYDER, LMB
FUNDING GROUP, DJB FINANCIAL
HOLDINGS, LLC, RRA GOAL LINE
MANAGEMENT, LLC, RRA SPORTS
AND ENTERTAINMENT LLC,
PRCH, LLC., THE BOVA GROUP, LLC

           Defendants.
_____/

## LMB FUNDING GROUP'S MOTION FOR RE-HEARING OF DE#62 – AGREED ORDER GRANTING IN PART PLAINTIFF'S MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY

       LMB FUNDING GROUP, a Defendant, (the "Movant") by and through counsel, files this Motion for Rehearing of DE#62 – Agreed Order Granting In Part Plaintiff's Motion to Deposit Funds Into Court Registry (the "Agreed Order"), and for grounds would show as follows:

       1.     This Court entered an Agreed Order Granting In Part, Plaintiff's Motion to Deposit Funds Into Court Registry on March 26, 2010 [DE#62]. Part of the funds sought to be deposited into the account were funds that were placed in a trust account by Movant.

- 1 -

2. Movant did not agree to the Agreed Order's terms. However, Movant only requests a re-hearing as to paragraph 3 of the Agreed Order, which provides that "Plaintiff shall be discharged and released from all liability for all claims on account of or relating to the Category A Funds". Movant is concerned that the Plaintiff, T.D. Bank, N.A., will argue that they have received a general release of all claims by the Movant, LMB Funding Group.

3. Movant requests that the Court grant rehearing and clarify paragraph 3, that there is no release and discharge of the Plaintiff for anything whatsoever other than the fact that the money was turned over to be held by the Bankruptcy Trustee and no claims are discharged against T.D. Bank, N.A. that are claims of LMB Funding Group.

WHEREFORE, Defendant, LMB Fund Group moves that this Court grant rehearing of DE#62 to clarify paragraph 3 to deem that there is no release and discharge of T.D. Bank, NA for anything other than the fact that the money was turned over to be held by the Bankruptcy Trustee and that no claims by LMB Funding Group against T.D. Bank, N.A. are discharged and for such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the parties listed below, in the manner stated, on April 5, 2010.

FURR AND COHEN, P.A.
Attorney for Defendant LMB Funding
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By /s/ Robert C. Furr
ROBERT C. FURR, ESQ.
Florida Bar No. 210854
EMAIL rfurr@furrcohen.com

**SERVED VIA U.S. MAIL:**

Robert Wayne Pearce, Esq.
Co-Counsel for LMB Funding
1499 West Palmetto Park Rd #400
Boca Raton, fL 33486


**SERVED VIA ECF NOTICE:**

Thomas L Abrams on behalf of Defendant Rubin Vine
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Grisel Alonso on behalf of Defendant United States of America
grisel.alonso@usdoj.gov, daleana.roque@usdoj.gov

Brett M Amron on behalf of Defendant Todd Snyder
bamron@bastamron.com,
jrivera@bastamron.com,jeder@bastamron.com,dquick@bastamron.com

Mark D Bloom on behalf of Plaintiff TD Bank, N.A.
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Robert C Furr on behalf of Defendant LMB Funding Group
bnasralla@furrcohen.com

John B. Hutton on behalf of Plaintiff TD Bank, N.A.
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Isaac M Marcushamer on behalf of Defendant Herbert Stettin
imarcushamer@bergersingerman.com,
efile@bergersingerman.com;ngorman@bergersingerman.com

Paul Steven Singerman on behalf of Defendant Herbert Stettin
singerman@bergersingerman.com, efile@bergersingerman.com