ORDERED in the Southern District of Florida on 04/15/10



Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

| | |
|---|---|
| In re: | Case No. 09-34791-BKC-RBR |
| ROTHSTEIN, ROSENFELDT ADLER, P.A., | Chapter 11 |
| Debtor. _____/ | |
| TD BANK, N.A., | |
| Plaintiff, | |
| vs. | Adversary Case No.: 09-2464-RBR-A |
| HERBERT STETTIN as Chapter 11 Trustee, et al, | |
| Defendants. _____/ | |

### ORDER GRANTING MOTION TO RECONSIDER AND MOTION TO CLARIFY

THIS MATTER came before the Court for hearing on April 15, 2010, upon the Motion to Reconsider [D.E. 68], filed by Defendant LMB Funding Group, and the Motion to Clarify (collectively with the Motion to Reconsider, the "Motions") [D.E. 69], filed by Interested Party Razorback Funding, LLC. The Motions respectively request reconsideration and clarification of the Agreed Order Granting in Part Plaintiff's Motion to Deposit Funds Into Court Registry (the "Order") [D.E. 62], which the Court entered on March 26, 2010. After hearing from counsel, reviewing the

contents of the case file, and being otherwise duly informed, it is

**ORDERED** as follows:

1. The Motions [D.E. 68 and 69] are **GRANTED** for the reasons stated on the record in open court.

2. The Order [D.E. 62] is **VACATED**.

3. Plaintiff TD Bank, N.A. shall not deposit the funds referenced in Paragraph 1 of the Order [D.E. 62 at. p. 2] into the Registry of the Court.

###

The Clerk shall furnish copies to all interested parties.